IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JENNIFER HASKINS,** **ADMINISTRATOR OF ESTATE OF** **ERNEST HASKINS.** | * * * | |
| **Plaintiff,** | * * | |
| v. | * * | Civil No.: PJM 12-123 |
| **WASHINGTON ADVENTIST** **HOSPITAL, INC.** | * * * | |
| **Defendant.** | * * | |

## ORDER

Upon consideration of Defendant Washington Adventist Hospital's Motion to Dismiss the Amended Complaint [Docket No. 53] and Plaintiff Jennifer Haskins's Opposition thereto, and Mrs. Haskins's Motion for Default Judgment [Docket No. 54], it is, for the reasons stated in the accompanying Memorandum Opinion, this 23rd day of July, 2012

**ORDERED**

1. The Hospital's Motion to Dismiss the Amended Complaint [Docket No. 53] is **GRANTED WITHOUT PREJUDICE**;

2. Mrs. Haskins's Motion for Default Judgment [Docket No. 54] is **DENIED**; and

3. The Clerk of the Court is directed to **CLOSE** the case.

                                                                         /s/
                                        **PETER J. MESSITTE**
                              **UNITED STATES DISTRICT JUDGE**